```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK        X
---------------------------------------X
IN RE                                   CASE NO.      8-11-70159
Patricia Cerda
                                                  CHAPTER 13 PLAN
                Debtor(s).
---------------------------------------X
```

    1.    The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee for a period of <u>60</u> months, the sum of:

    \*    $375 commencing <u>FEB, 2011</u> through and including JAN<u>, 2016</u>, the last month of the plan.

    2.    From the payments so received, the trustee shall make disbursements as follows:

    (a)  Full payments in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507 including Jacoby & Jacoby in the amount of $1750

    (b)  Holder of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

GREEDTREE AND VOLKSWAGON ARE CURRENT AND TO BE PAID OUTSIDE PLAN.

    (c)  Subsequent and/or concurrently with distribution to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

Pro rata distribution to all timely filed proofs of claims not less than 100%

    3.    The following executory contracts of the debtor are rejected:
        **NONE**
Title to the debtor(s) property shall revest in the debtor upon completion of the plan, unless otherwise provided in the Order confirming this plan

Throughout the term of this plan, debtor agrees that debtor will not incur post-petition debt over $1500.00 without first notifying the Chapter 13 trustee in writing.

Dated: 1/15/11                              /S PATRICIA CERDA

/S RICHARD JACOBY
RICHARD Jacoby, Esq.

Attorney for Debtor(s)

8-11-70159